UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-20043-Torres

[Consent Case]

ALEXANDER REYES,

    Plaintiff,

v.

RE & FA, LLC D/B/A LOMBARDI'S,
and FATIH DINCER,

    Defendants.

_____/

## VERDICT FORM

We, the jury, from the preponderance of the evidence as follows:

1.    That Plaintiff Alexander Reyes was an employee of Defendants?

    **Answer Yes or No**      _____YES_____

[Note: If your answer to Number 1 is "NO", your verdict will be for Defendants; please have the foreperson sign this Verdict Form and return it to the Court security officer. If your answer to Number 1 is "YES", please continue to answer Numbers 2-5, along with any subparts.]

2.    That Defendants failed to pay Plaintiff Alexander Reyes the minimum wages as required by law?

    **Answer Yes or No**      _____YES_____

a. If your answer to the foregoing question is "yes," then state the amount minimum wages owed:



$ 7,730 $\frac{80}{100}$

3.    That Defendants failed to pay Plaintiff Alexander Reyes the overtime wages as required by law?

**Answer Yes or No**        NO

a. If your answer to the foregoing question is "yes," then state the amount of overtime wages owed:

4.    Do you find the Defendants willfully violated the terms of the FLSA with respect to minimum wage and overtime pay?

**Answer Yes or No**        YES

SO SAY WE ALL.



Foreperson's Signature

Date: 1/15/26

2